# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RICHARD NAZARETH,**

                **Plaintiff,**

**-vs-**                                                    Case No.  6:05-cv-1070-Orl-31JGG

**OHIO NATIONAL LIFE ASSURANCE CORPORATION,**

                **Defendant.**

_____

## ORDER

Plaintiff has filed suit under a disability insurance policy claiming that Defendant has breached the contract (Count I) and its fiduciary duty to Plaintiff (Count II).  *See* Doc. 2. Defendant has moved to dismiss (Doc. 10), contending that Plaintiff has failed to state a viable claim.  Defendant's Motion is a "speaking" motion in that it asserts matters outside the contours of the Complaint.[1]  Accordingly, the Court will convert the motion as to Count I into a motion for summary judgment pursuant to Fed. R. Civ. P. 12(c).  Defendant may, within 15 days, file additional papers in support of its converted motion and Plaintiff shall have 20 days thereafter to respond.

---

[1] Notably, Defendant points out that it is making disability payments to Plaintiff in excess of $7,000 per month.  It appears, therefore, that Count I is really one for declaratory judgment concerning Plaintiff's entitlement to future benefits.

As to Count II, Plaintiff has failed to allege facts sufficient to show the existence of a fiduciary relationship between the parties.  Thus, Count II will be DISMISSED, with leave to amend within 20 days.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 25, 2005.

                                                     GREGORY A. PRESNELL
                                           UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party